RECEIVED
IN MONROE, LA.

DEC 2 7 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE T. BROWN<br>LA. DOC # 432458 | CIVIL ACTION NO. 3:11-cv-1513 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| THE LOUISIANA SUPREME COURT | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant "Emergency Writ of Mandamus" be **DENIED AND DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to reopen and reinstate contained in Plaintiff's objections to the Report and Recommendation, styled as "Traverse Magistrate Judge Hayes Finding," [Doc. No. 7] is **DENIED**.

MONROE, LOUISIANA, this 27 day of December, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE